MALTBY, Plaintiff, v. CARR et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Jerome B. Maltby against Prudence Carr and others. A judgment was rendered from which plaintiff and defendant Carr appeal. Modified.

PER CURIAM. In the action wherein Maltby is plaintiff, and Prudence Carr and others defendants, it is proposed to modify and amend the judgment as follows: Judgment modified by striking therefrom, to wit: "Subject to the right of the defendant Prudence Carr to the possession, rents, and profits of the said mortgaged premises during her natural life." Also: "After

the death of said Prudence Carr, and after her said right of possession and her rights to the rents and profits of said premises have terminated." Also: "Except the said Prudence Carr, so far as her rights to the possession, rents, and profits of said real estate during her natural life, as set out aforesaid, are concerned, which are hereby adjudged to be paramount to said mortgage." Also: "And it is further adjudged that the defendant Prudence Carr have the possession of the said premises described in the said complaint, and hereinafter described, and the rents, issues, and profits of the said premises for and during her natural life,"—and as so modified affirmed.

In re MATHEWS et al. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) In the matter of William C. Mathews and others. No opinion. Order affirmed, with $10 costs and disbursements.